IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

MELISA CASTILLO MARQUEZ,     )
        )
        Plaintiff,     )    TC-MD 180293N
        )
    v.     )
        )
DEPARTMENT OF REVENUE,     )
State of Oregon,     )
        )
        Defendant.     )   **DECISION OF DISMISSAL**

In its Order of Dismissal, entered January 9, 2019, and incorporated herein by reference, the court dismissed Plaintiff's appeal for lack of prosecution. The court did not receive a statement of costs and disbursements within 14 days after its Order was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1). Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ____ day of January 2019.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of this Decision of Dismissal or this Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Allison R. Boomer and entered on January 30, 2019.*